BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP          BDFTE# 00000001486760
15000 SURVEYOR BLVD. SUITE 100
ADDISON, TX 75001
(972) 341-0500

Attorney for CITIFINANCIAL, INC., ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-70500-HDH-13 |
| | § | |
| BARBARA GALE ALFORD, | § | |
| Debtor | § | CHAPTER 13 |
| | § | |
| CITIFINANCIAL, INC., ITS | § | |
| ASSIGNS AND/OR SUCCESSORS IN | § | |
| INTEREST, | § | |
| Movant | § | FINAL HEARING DATE: 02/17/2010 |
| | § | |
| v. | § | TIME: 11:00 AM |
| | § | |
| BARBARA GALE ALFORD; | § | |
| WALTER O'CHESKEY, Trustee | § | |
| Respondents | § | JUDGE HARLIN D. HALE |

## MOTION OF CITIFINANCIAL, INC., ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST
## FOR RELIEF FROM STAY OF ACTION AGAINST DEBTOR(S) PURSUANT TO 11 U.S.C. § 362(a) AND WAIVER OF THIRTY DAY REQUIREMENT PURSUANT TO § 362(e)

## NOTICE - RESPONSE REQUIRED
**PURSUANT TO LOCAL BANKRUPTCY RULE 4001 (b), A RESPONSE IS REQUIRED. THE TRUSTEE, IF ONE HAS BEEN APPOINTED, OR THE DEBTOR SHALL FILE A RESPONSE TO ANY MOTION FOR RELIEF FROM THE AUTOMATIC STAY WITHIN FOURTEEN (14) DAYS FROM THE SERVICE OF THE MOTION. THE DEBTOR'S RESPONSE SHALL INCLUDE A DETAILED AND COMPREHENSIVE STATEMENT AS TO HOW THE MOVANT CAN BE "ADEQUATELY PROTECTED" IF THE STAY IS TO BE CONTINUED. IF THE DEBTOR DOES NOT FILE A RESPONSE AS REQUIRED, THE ALLEGATIONS IN THE CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY SHALL BE DEEMED ADMITTED, UNLESS GOOD CAUSE IS SHOWN WHY THESE**

**ALLEGATIONS SHOULD NOT BE DEEMED ADMITTED, AND AN
ORDER GRANTING THE RELIEF SOUGHT MAY BE ENTERED BY
DEFAULT.**

**File a written response with the court at:**

**CLERK, U.S. BANKRUPTCY COURT
EARLE CABELL U.S. COURTHOUSE, 1100 COMMERCE STREET, Room
1254,
DALLAS, TX 75242-1003**

**UNDER BANKRUPTCY RULE 9006 (e) SERVICE BY MAIL IS
COMPLETE UPON MAILING;  UNDER BANKRUPTCY RULE 9006 (f),
THREE (3) DAYS ARE ADDED TO THE PERIOD FOR FILING A
RESPONSE WHEN NOTICE OF THE PERIOD IS SERVED BY MAIL.**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Movant, CITIFINANCIAL, INC.,  ITS ASSIGNS AND/OR

SUCCESSORS IN INTEREST, by and through the undersigned attorney, and moves the

Court as follows:

1.      This Motion is brought pursuant to 11 U.S.C. §362(d) in accordance with Rule

4001 of the Bankruptcy Rules.

2.      On or about November 20, 2008, Debtor (hereinafter "Debtor") filed a petition

for an order of relief under Chapter 13 of the Bankruptcy Code, 11 U.S.C.

3.      At the time of filing the Chapter 13 petition, Movant held a Texas Home Equity

Note executed on May 4, 2007, by BARBARA GALE ALFORD in the original amount of

NINETY-NINE THOUSAND ONE HUNDRED EIGHTY DOLLARS AND NINETY-FOUR

CENTS ($99,180.94) with interest thereon at the rate of 6.000% per annum.  A true and

correct copy of the Texas Home Equity Note is attached hereto as Exhibit "A".

4.      The indebtedness is secured by a Texas Home Equity Security Instrument dated

May 4, 2007 and executed by BARBARA GALE ALFORD on real estate with all

improvements known as:

> LOT FIFTEEN A (15-A), BLOCK TWENTY-ONE (21),OF FOUNTAIN PARK,
> SECTION 1-B, A REPLAT OF LOTS 14-15, BLOCK 21, FOUNTAIN PARK
> SECTION 1-B, AN ADDITION TO THE CITY OF WICHITA FALLS,
> WICHITA COUNTY, TEXAS, ACCORDING TO THE PLAT OF RECORDED
> IN VOLUME 20, PAGE 36, WICHITA COUNTY, TEXAS.

A true and correct copy of the Texas Home Equity Security Instrument is attached hereto as

Exhibit "B".

5.      Debtor has failed to maintain current the post-petition payments due under the

Texas Home Equity Note and is presently in arrears for 5 payments through and including the

December 20, 2009 payment.

6.      The outstanding indebtedness to Movant  is $98,766.16 principal plus accrued

interest, late charges, attorneys fees and costs as provided in the Texas Home Equity Note and

Texas Home Equity Security Instrument.

7.      Further cause may exist to terminate the automatic stay if the Debtor fails to

provide proof of adequate insurance and payment of applicable taxes by Debtor as required by

the Texas Home Equity Note and Texas Home Equity Security Instrument.  Movant hereby

demands proof of insurance and payment of applicable taxes by Debtor.  Movant reserves the

right to further assert that Debtor has failed to pay taxes or insurance based on the response of

Debtor.

8.      In accordance with the terms of the Texas Home Equity Note and Texas Home

Equity Security Instrument,  Movant would allege that it is entitled to reasonable post-petition

attorneys fees, including, but not limited to, fees, if any, for the preparation and filing of a

proof of claim and fees and costs for the filing of this Motion for Relief from Stay.

9.      Debtor has failed to provide adequate protection to Movant which constitutes cause to terminate the automatic stay of 11 U.S.C. §362(a).

10.      By reason of the foregoing, Movant requests the Court to terminate the stay so Movant may proceed to foreclose in accordance with its Texas Home Equity Note and Texas Home Equity Security Instrument.

11.      Movant reserves the right to assert an 11 U.S.C. § 362(d)(2) Cause of Action, if appropriate, at the hearing on Movant's Motion for Relief.

12.      The provision of Rule 4001 (a) (3) should be waived and Movant be permitted to immediately enforce and implement any order granting relief from the automatic stay.

WHEREFORE, Movant prays that this Court enter an order, after notice and hearing, terminating the automatic stay as to Movant;  alternatively, Movant be made whole by having all post-petition payments brought current.  Movant further prays that the Court waive the provision of Rule 4001 (a) (3) and that CITIFINANCIAL, INC.,  ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST be permitted to immediately enforce and implement any order granting relief from the automatic stay; that Movant be awarded its reasonable post-petition attorneys fees and expenses for this Motion; and, that Movant be granted such other and further relief as is just.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY:  /s/ SHAWN CARTER                                    1/5/2010
SHAWN CARTER
TX NO. 24031802
15000 SURVEYOR BLVD. SUITE 100
ADDISON, TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 661-7725
E-mail:  NDECF@BBWCDF.COM
ATTORNEY FOR MOVANT

## **CERTIFICATE OF CONFERENCE**

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, represents the creditor on the

foregoing Motion.  The undersigned, an attorney, employed by BARRETT DAFFIN

FRAPPIER TURNER & ENGEL, LLP, states that prior to filing the foregoing motion he/she

did the following:

Made a good faith effort to negotiate a settlement of the dispute with Debtor's Counsel.

NOTES:  Jeff fleming left a message for debtor's counsel.

Date of Conference Call:  December 07, 2009  11:09 a.m.


BY:  /s/ SHAWN CARTER                                    1/5/2010
SHAWN CARTER
TX NO. 24031802
15000 SURVEYOR BLVD. SUITE 100
ADDISON, TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 661-7725
E-mail:  NDECF@BBWCDF.COM
ATTORNEY FOR MOVANT

## CERTIFICATE OF SERVICE

I hereby certify that on January 05, 2010, a true and correct copy of the foregoing Motion

for Relief from Stay was served via electronic means as listed on the Court's ECF noticing

system or by regular first class mail to the parties on the attached list.


Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


/s/ SHAWN CARTER                                1/5/2010
SHAWN CARTER
TX NO. 24031802
15000 SURVEYOR BLVD. SUITE 100
ADDISON, TX 75001
Telephone: (972) 341-0500
Facsimile: (972) 661-7725
E-mail:  NDECF@BBWCDF.COM
ATTORNEY FOR MOVANT

**DEBTOR:**
BARBARA GALE ALFORD
2700 MCNEIL
WICHITA FALLS, TX  76309

**TRUSTEE:**
WALTER O'CHESKEY
6308 IOLA AVENUE
LUBBOCK, TX  79424

**US TRUSTEE:**
1100 COMMERCE STREET, ROOM 976
EARLE CABELL FEDERAL BLDG
DALLAS, TX  75242

**DEBTOR'S ATTORNEY:**
MONTE J WHITE
1106 BROOK AVENUE
WICHITA FALLS, TX  76301

**PARTIES IN INTEREST:**
CITY OF WF, WFISD, WICHITA COUNTY
C/O PERDUE BRANDON FIELDER COLLINS & MOT
P O BOX 8188
WICHITA FALLS, TX  76307

**PARTIES REQUESTING NOTICE:**
RAFUSE LAW FIRM, P.C.
710 LAMAR STREET  SUITE 440
CHKCO FINANCIAL
WICHITA FALLS, TX  76301

GE MONEY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP.
25 SE 2ND AVENUE, SUITE 1120
ATTN: RAMESH SINGH
MIAMI, FL  33131-1605